**Order entered January 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00922-CV

### IN RE MUAMAR ASAD SAYYED, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82405-07**

## ORDER

Before the Court is relator's December 27, 2019 motion requesting a ruling on the timeliness of his motion for rehearing. By order entered December 18, 2019, the Court granted relator's motion to extend the time to file his motion for rehearing and filed the motion for rehearing. Because the Court has already granted the relief relator seeks, relator's motion is **DENIED AS MOOT**.

/s/      LANA MYERS
JUSTICE